**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LAUREN GRAVES,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner Of the Social Security Administration,<br><br>Defendant. | ) | Case No. CIV-25-880-PRW |

**ORDER**

On September 4, 2026, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 13), recommending that the Court reverse and remand the Commissioner of Social Security's final decision.

The parties were advised that they had a right to object to the Report and Recommendation by September 18, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 13). No objections have been filed as of this date. Having failed to object, the parties have accordingly waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specific proposed findings or recommendation to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).

Upon review of the Report and Recommendation (Dkt. 13), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 13) issued by the Magistrate Judge on September 4, 2026;

(2) **REVERSES** the Commissioner's final decision; and

(3) **REMANDS** the case to the Social Security Administration for further proceedings.

**IT IS SO ORDERED** this 29th day of September 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE